# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THIRD COAST INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>COJON, LLC,<br><br>               Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. **3:23-cv-05400-BHS** |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find, and ORDER as follows**:**

Motion for summary judgment is **GRANTED.**

The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 19th day of October 2023.

                                                    Ravi Subramanian
                                                    Clerk

                                                    *s/Tajma Eaton*
                                                    Deputy Clerk